STATE OF NEW JERSEY v. ANTHONY WALKER.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES MONROE.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES D. HALEY.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HILLARD PHILLIPS.

November 10, 1982.

Petition for certification denied.

DOROTHY CELE v. ALFRED R. KINNEY.

November 10, 1982.

Petition for certification denied.